**Order entered August 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00451-CR

**JOSEPH MARSHALL GUTIERREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-71025-X**

## ORDER

The Court **REINSTATES** the appeal.

On June 28, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have received the record. Therefore, in the interest of expediting the appeal, we **VACATE** the June 28, 2013 order.

Appellant's brief is due within thirty days of the date of this order.

/s/  DAVID EVANS
    JUSTICE